ORDERED.

Dated: June 08, 2019

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| William Rodriguez, | ) | CASE NO. 6:19-bk-02624-CCJ |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |

**ORDER AUTHORIZING RETENTION OF
BK GLOBAL REAL ESTATE SERVICES
TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §327**

THIS CASE came on for consideration without hearing on the Trustee's Application to Retain BK Global Real Estate to Procure Consented Public Sale Pursuant to 11 U.S.C. §327 (Doc. No. 28) filed on June 7, 2019.  The Court concludes that BK Global Real Estate Services does not hold or represent an interest adverse to the estate and is a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code.  The Court further concludes that BK Global Real Estate Services is qualified to represent the Trustee and that the Court's authorization of their employment is in the best interest of the estate.  Accordingly, it is

**ORDERED** the Application is granted and the Court approves the retention of BK Global Real Estate Services to sell real property located at 667 ALLERTON WAY SANFORD, FL 32771. All compensation authorized is subject to the provisions of Section 330 of the Bankruptcy Code and any hourly rate is not guaranteed and is subject to review and no payment whatsoever shall be made to the realtor absent application and order.

Trustee, Richard B. Webber, is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.