UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| William Rodriguez, | ) | Case No.: 6:19-bk-02624-KSJ |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

## <u>NOTICE OF PRELIMINARY HEARING</u>

NOTICE  IS HEREBY GIVEN that a preliminary hearing in this case will be held on **February 4, 2020 at 2:00 p.m.** in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 to consider and act upon the following and transact such other business that may come before the Court:

Chapter 7 Trustee's Motion to (I) Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §363(b), (f), and (m), (II) Surcharge Agreement Between Secured Lenders and the Estate, and (III) Other Relief

The hearing may be continued upon announcement made in open Court without further notice.

Appropriate Attire.  You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints.  You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding Judge.  Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

Dated: January 7, 2020

/s/ Richard B. Webber II, Trustee
Richard B. Webber II
PO Box 3000
Orlando, FL 32802
Phone: (407) 425-7010

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Preliminary Hearing was furnished by first class United States Mail, postage prepaid, or by electronic delivery, to all persons on the mailing matrix, attached to the original of this document, as furnished by the Clerk's office on January 7, 2020.

/s/ Richard B. Webber II
Richard B. Webber II

Label Matrix for local noticing
113A-6
Case 6:19-bk-02624-KJ
Middle District of Florida
Orlando
Tue Jan  7 12:40:39 EST 2020

William Rodriguez Jr.
1000  Berkman Circle
Sanford, FL 32771-6309

Ally Bank
PO Box 130424
Roseville MN 55113-0004

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

Capital One Auto Finance, a division of Capi
PO Box 60511
City Of Industry CA 91716, CA 91716-0511

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Carriage Homes at Dunwoody Commons Condomini
C/O Arias Bosinger, PLLC.
140 North Westmonte Drive, Suite 203
Altamonte Springs, FL 32714-3341

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Mariner Finance, LLC
8211 Town Center Drive
Nottingham, MD 21236-5904

SunTrust Bank
Bankruptcy Department RVW 3034
PO Box 27767 Richmond, VA 23261

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Paul L Urich +
Law Office of Paul L Urich PA
1510 East Colonial Drive
Suite 204
Orlando, FL 32803-4734

Carlos R Arias +
Arias Bosinger, PLLC
140 North Westmonte Drive, Suite 203
Altamonte Springs, FL 32714-3341

Richard B Webber +
Post Office Box 3000
Orlando, FL 32802-3000

Jeffrey S Fraser +
Albertelli Law
Post Office Box 23028
Tampa, FL 33623-2028

Bradley J Anderson +
Zimmerman Kiser & Sutcliffe, P.A.
Post Office Box 3000
Orlando, FL 32802-3000

Jennifer Laufgas +
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305-1636

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BMW Financial Services NA, LLC
P.O. Box 3608
Dublin OH 43016, OH  43016

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17